# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STACEY STONE-JUSAS,

    Plaintiff(s),

vs.

WAL-MART STORES, INC., et al.,

    Defendant(s).

Case No. 2:14-cv-00669-JCM-NJK

ORDER

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 16. At this time, significant questions exist regarding whether this Court has jurisdiction in this removed action. Accordingly, the proposed discovery plan is hereby DENIED without prejudice. In the event that the motion to sever and motion to remand are both decided without this case being remanded to state court, then the parties shall file an amended discovery plan within 14 days of the resolution of those motions.

IT IS SO ORDERED.

DATED: June 11, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge